UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  JOHN A. SEMICEK
DBA: HIDDEN POND STUDIOS
LINDA L. SEMICEK

CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 4-16-01684-JJT

JOHN A. SEMICEK
DBA: HIDDEN POND STUDIOS
LINDA L. SEMICEK

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on June 18, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of June 18, 2018, the Debtor(s) is/are $4589.60 in arrears with a plan payment having last been made on Apr 30, 2018

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: June 18, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOHN A. SEMICEK
DBA: HIDDEN POND
STUDIOS
LINDA L. SEMICEK

      Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
      Movant

CASE NO: 4-16-01684-JJT

JOHN A. SEMICEK
DBA: HIDDEN POND STUDIOS
LINDA L. SEMICEK

      Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on June 18, 2018.

JOHN M HYAMS ESQUIRE
2023 N 2ND STREET, SUITE 203
HARRISBURG, PA 17102-

JOHN A. SEMICEK
LINDA L. SEMICEK
271 W. MOUNTAIN ROAD
PAXINOS, PA 17860

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: June 18, 2018