```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                      Case No. 16-01684-JJT
John A. Semicek                                             Chapter 13
Linda L. Semicek
       Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-4       User: CGambini          Page 1 of 2          Date Rcvd: Jun 19, 2018
                           Form ID: pdf010         Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2018.
db            +John A. Semicek,    271 W. Mountain Road,    Paxinos, PA 17860-7051
jdb           +Linda L. Semicek,   271 W. Mountain Road,    Paxinos, PA 17860-7051
4779681       +Anne K. Fiorenza, Esq, Assistant U.S. Tr,    228 Walnut Street, Room 1190,
                Harrisburg, Pennsylvania 17101-1722
4779682       +Bureau of Employer Tax Oper,    PO Box 68568,    Harrisburg, Pennsylvania 17106-8568
4779683       +CABELAS WFB,    4800 NW 1ST STREET,    SUITE 300,    LINCOLN, NE 68521-4463
4779686       +CHASE,    P.O. BOX 15298,    WILMINGTON, DE 19850-5298
4779685       +Central Penn GI Associates,    90 Medical Park Drive,    Lewisburg, PA 17837-6343
4779689       +Evangelical Community Hospital,    P.O. Box 70858,    Philadelphia, PA 19176-5858
4779690       +Geisinger Health System,    P.O. Box 11969,    Newark, NJ 07101-4969
4779695        MSHMC Physicians Group,    PO Box 854,   Hershey, Pennsylvania 17033-0854
4779693       +Mid Penn Anaesthesia PC,    P.O. Box 8002,   Salem, NH 03079-8002
4779694        Milton S. Hershey Medical Ce,    P.O. Box 643291,    Pittsburgh, Pennsylvania 15264-3291
4791328       ++NORTHUMBERLAND COUNTY TAX CLAIM BUREAU,    399 STADIUM DRIVE,    SUNBURY PA 17801-3201
                (address filed with court: Northumberland County Tax Claim Bureau,
                399 Stadium Drive, 3rd Floor,    Sunbury, Pa 17801)
4779696       +Office of Attorney General,    Financial Enforcement Section, Strawberr,
                Harrisburg, Pennsylvania 17120-0001
4779699       +Rockefeller Township Tax Collection,    538 Seven Points Rd,    Sunbury, PA 17801-7088
4779700       +SEARS/CBNA,    PO BOX 6282,   SIOUX FALLS, SD 57117-6282
4779701       +SUNOCO/CITI,    PO BOX 6497,   SIOUX FALLS, SD 57117-6497
4779706       +U.S. Department of Justice,    PO Box 227, Ben Frankling Station,
                Washington, District of Columbia 20044-0227
4779707        United States Attorney,    PO Box 11754,    Harrisburg, Pennsylvania 17108-1754

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/Text: WFB.Bankruptcy@cabelas.com Jun 19 2018 18:59:16     World's Foremost Bank,
                PO Box 82609,    Lincoln, NE 68501-2609
4779684       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 20 2018 03:32:17      CAPITAL ONE,
                PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
4797330        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 20 2018 03:32:17
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
4779687        E-mail/Text: mrdiscen@discover.com Jun 19 2018 18:58:54     Discover Financial,   PO Box 15316,
                Wilmington, Delaware 19850
4779688       +E-mail/Text: bankruptcy.bnc@ditech.com Jun 19 2018 18:58:58     DITECH,    PO BOX 6172,
                RAPID CITY, SD 57709-6172
4784845        E-mail/Text: mrdiscen@discover.com Jun 19 2018 18:58:54     Discover Bank,
                Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
4826078        E-mail/Text: bankruptcy.bnc@ditech.com Jun 19 2018 18:58:58     Ditech Financial LLC,
                PO Box 6154,    Rapid City, SD 57709-6154
4779692        E-mail/Text: cio.bncmail@irs.gov Jun 19 2018 18:58:57     Internal Revenue Service,
                Centralized Insolvency , Operations, P.O,    Philadelphia, Pennsylvania 19114-0326
4816919       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 19 2018 18:59:06     Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
4779697       +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jun 19 2018 18:59:06     Office of the U.S. Trustee,
                228 Walnut Street, Room 1190,    Harrisburg, Pennsylvania 17101-1722
4779698        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 19 2018 18:59:03     PA Department of Revenue,
                Department 280946, Attn: Bankruptcy Divi,    Harrisburg, Pennsylvania 17128-0946
4825850        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2018 19:04:38
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4779702       +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2018 19:04:37     SYNCB/CARECR,    C/O PO BOX 965036,
                ORLANDO, FL 32896-0001
4779703       +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2018 19:04:38     SYNCB/EVINE,    PO BOX 965005,
                ORLANDO, FL 32896-5005
4779704       +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2018 19:04:45     SYNCB/JCP DC,    PO BOX 965007,
                ORLANDO, FL 32896-5007
4779705       +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2018 19:04:31     SYNCB/LOWES,    PO BOX 956005,
                ORLANDO, FL 32896-0001
4812494        E-mail/Text: WFB.Bankruptcy@cabelas.com Jun 19 2018 18:59:16     WORLD'S FOREMOST BANK,
                CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4779691*       Internal Revenue Service,    PO Box 7346,   Philadelphia, Pennsylvania 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2018 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Bank (USA), N.A.
               JSchwartz@mesterschwartz.com,  JOttinger@mesterschwartz.com
              John Matthew Hyams    on behalf of Debtor 2 Linda L. Semicek jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor 1 John A. Semicek jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**John A. Semicek**
**Linda L. Semicek**

**Chapter:** 13

**Debtor 1**

**Case No.:** 4:16-bk-01684-JJT

**Charles J DeHart, III (Trustee)**

vs. **Movant(s)**

**John A. Semicek**
**Linda L. Semicek**

**Respondent(s)**

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: June 19, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)